# Order

March 17, 2015

151112(86)

**Michigan Supreme Court**
**Lansing, Michigan**

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

BLACKWARD PROPERTIES, LLC,
      Plaintiff/Counter Defendant-
      Appellant,

v

CHARLES D. SOWER, and REAL ESTATE ONE,
INC., d/b/a MAX BROOCK REALTORS,
      Defendants/Counter Plaintiffs/Third
      Party Plaintiffs-Appellees,
and

RONALD L. HUGHES and HUGHES
ACQUISITION,
      Defendants,
and

HARRY BLACKWARD and D'ANNE
KLEINSMITH,
      Third-Party Defendants-Appellants,
and

PRIVATE BANK & TRUST COMPANY,
      Defendant-Appellee.
_____/

SC: 151112
COA: 313282
Oakland CC: 2010-112094-CZ

On order of the Chief Justice, the motion of defendants/counter plaintiffs/third party plaintiffs-appellees to extend the time for filing their answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before April 6, 2015.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 17, 2015

